UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLEVE DUBOIS, on behalf of
himself and on behalf of all others
similarly situated,

    Plaintiff,

vs.    Case No. 8:17-cv-260-T-27AEP

LIBERATO, LLC d/b/a MAACO
COLLISION REPAIR & AUTO PAINTING,

    Defendant.
_____/

## ORDER

**ON JULY 31, 2017**, this Court entered an Order directing Plaintiff to appear personally at a status conference scheduled for August 23, 2017. (Dkt. 14). The Order expressly stated: *"FAILURE OF PLAINTIFF TO APPEAR AT SAID CONFERENCE . . . SHALL RESULT IN THE DISMISSAL OF THIS CAUSE . . . ."* (Dkt. 14). Plaintiff failed to appear, *pro se* or through newly retained counsel, at said hearing. The Court finds, based on Plaintiff's willful failure to comply with this Order, that lesser sanctions will not suffice. *Pierce v. City of Miami,* 176 F. App'x 12, 14 (11th Cir. 2006). Accordingly, this case is **DISMISSED** without prejudice. All pending motions are **DENIED** as moot. The clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** this 24th day of August, 2017.

            **JAMES D. WHITTEMORE**
            **United States District Judge**

Copies to: Counsel of record;
Cleve Dubois
7510 Maryland Avenue
Hudson, FL 34667